IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CASSANDRA RAKOCZY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1903 |
| | ) | Judge Trauger |
| SOUTHERN LAND COMPANY, LLC and | ) | |
| NOLAN CHIP BRADLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

It is hereby **ORDERED** that the Motion For Leave to Amend Complaint and Remand (Docket No. 13), which is not opposed by the defendants (Docket No. 15), is hereby **GRANTED**. It is hereby **ORDERED** that the plaintiff may file her First Amended Complaint (Docket No. 13-1), which removes any federal cause of action asserted in this case. By agreement, this case is hereby **REMANDED** to the Williamson County, Tennessee Circuit Court from which it was removed.

It is so **ORDERED**.

ENTER this 20th day of November 2014.

_____
ALETA A. TRAUGER
U.S. District Judge